**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **In the matter of:** | **Case No.:** 05-30001-dof |
| Leslie Denise Johnson | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |
| _____/ | |

**NOTICE OF UNCLAIMED DIVIDENDS**

**TO: CLERK OF THE COURT**

  The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Crane's Furniture | 6 | 6 | Unsecured | 718845 | $10.85 |

Dated: September 27, 2010

        ___/s/Carl L. Bekofske____
        Carl L. Bekofske,
        Standing Chapter 13 Trustee
        400 N. Saginaw St., Ste 331
        Flint, MI 48502
        Telephone: (810) 238-4675
        Fax: (810) 238-4712
        Email: ECF@flint13.com
        P10645